1                                                 The Honorable Judge Benjamin H. Settle

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## IN TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:19-cv-05283-BHS |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING UNITED** |
| v. | ) | **STATES' MOTION TO EXTEND** |
| | ) | **JURISDICTION** |
| MANDUSTRIAL LLC and | ) | |
| IAN JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter comes before the Court on the United States' Motion to Extend Jurisdiction in this action. The Order Granting Motion for Judgment on the Pleadings ("Injunction Order") (Doc. 10), issued October 22, 2019, ordered Defendants to comply with income tax and employment tax requirements, and maintained that "[t]he Court shall retain jurisdiction over this case **for a five-year period** to ensure compliance with this injunction." (*Id.*) The Court's

Ord. on U.S. Motion
(Case No. 3:19-cv-05283-BHS)
           1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

jurisdiction over this action is set to expire on October 22, 2024, but having considered the

United States' Motion, the record herein, and for good cause shown:

IT IS HEREBY ORDERED that the Court maintains jurisdiction over this action

until May 16, 2025.

SO ORDERED, this 12th day of November, 2024.



_____

HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT JUDGE

Ord. on U.S. Motion
(Case No. 3:19-cv-05283-BHS)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

Presented by:

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/Chelsea Bissell*
CHELSEA BISSELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Tel: (202) 307-1372
Fax: (202) 307-0054
Chelsea.E.Bissell@usdoj.gov

*Attorney for the United States of America*

Ord. on U.S. Motion
(Case No. 3:19-cv-05283-BHS)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056